IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MILWITT,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>KEVIN RYAN, et al.,<br><br>　　　　Defendant(s). | No. C 09-0576 MEJ<br><br>**ORDER TO SHOW CAUSE** |

Pending before the Court is Plaintiff John Milwitt's Application to Proceed In Forma Pauperis. On February 12, 2009, the Court ordered Plaintiff to either consent to the jurisdiction of the undersigned magistrate judge or request reassignment to a district judge. (Dkt. #4.) The deadline for Plaintiff to file the consent/declination form was March 5, 2009, yet Plaintiff failed to file a response. Accordingly, the Court hereby ORDERS Plaintiff John Milwitt to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by April 2, 2009, and the Court shall conduct a hearing on April 9, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: March 10, 2009

　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOHN MILWITT,

        Plaintiff,

v.

KEVIN RYAN, et al.,

        Defendant.

Case Number: CV09-0576 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Milwitt
708 North Gravenstein Hwy
Sebastopol, CA 95472

Dated: March 10, 2009

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2