United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MILWITT,<br><br>        Plaintiff(s),<br><br>  vs.<br><br>KEVIN RYAN, et al.,<br><br>        Defendant(s).<br>_____/ | No. C 09-0576 MEJ<br><br>**ORDER FOR CLERK OF COURT TO REASSIGN CASE**<br><br>**REPORT & RECOMMENDATION** |

On February 6, 2009, Plaintiff John Milwitt filed the above-captioned case and an Application to Proceed In Forma Pauperis. On February 12, 2009, the Court ordered Plaintiff to either consent or decline magistrate jurisdiction by March 5, 2009. (Dkt. #4.) Plaintiff failed to comply with this deadline and has made no further appearances since his initial filings..

Based on Plaintiff's inaction, the Court ordered him to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. (Dkt. #6.) The Court ordered Plaintiff to file a declaration by April 2, 2009, and scheduled an order to show cause hearing on April 9, 2009.

On April 9, 2009, the Court conducted an order to show cause hearing. Plaintiff failed to appear at the hearing and failed to file any declaration. Based on this procedural history, the Court finds it appropriate to dismiss this case pursuant to Federal Rule of Civil Procedure 41(b). Accordingly, because Plaintiff has yet to consent to the undersigned's jurisdiction, the Court hereby ORDERS the Clerk of Court to reassign this case to a district court judge. The undersigned

RECOMMENDS that the newly-assigned judge dismiss this case for failure to prosecute and failure to comply with the Court's deadlines and orders.

Pursuant to Federal Rule of Civil Procedure 72, any party may serve and file objections to this Report and Recommendation within 10 days after being served.

**IT IS SO ORDERED AND RECOMMENDED.**

Dated: April 9, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOHN MILWITT,

        Plaintiff,

v.

KEVIN RYAN, et al.,

        Defendant.

Case Number: CV09-0576 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Milwitt
708 North Gravenstein Hwy
Sebastopol, CA 95472

Dated: April 9, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk