IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MILWITT, | No. C 09-00576 WHA |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL IN ACCORDANCE WITH REPORT AND RECOMMENDATION** |
| KEVIN V. RYAN, | |
| Defendant. | |

Plaintiff, acting *pro se*, filed this civil rights case, and the case was assigned to Magistrate Judge Maria-Elena James. Plaintiff has failed to appear before Magistrate Judge James and has missed multiple deadlines, including most recently a deadline to respond to an order to show cause why this case should not be dismissed for failure to prosecute. Plaintiff has yet to consent to the jurisdiction of a magistrate, and therefore Magistrate Judge James filed a report and recommendation presenting her recommendation that the case be dismissed for failure to prosecute and ordered that the case be reassigned for action thereon. There has been no response to the report. For the reasons stated in the report and recommendation, this action is hereby **DISMISSED**. Judgment will be entered.

**IT IS SO ORDERED.**

Dated: May 6, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE