IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN MILWITT,                                                      No. C 09-00576 WHA

      Plaintiff,

  v.                                                                           **JUDGMENT**

KEVIN V. RYAN,

      Defendant.
                                        /

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: May 6, 2009.

                                                   WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE